UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| PATRICIA L. BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:09CV99 HEA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant, ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation, of Magistrate Judge Thomas C. Mummert, III, that the decision of the Commissioner be affirmed and that this case be dismissed. Neither of the parties have filed objections to the Report and Recommendation within the prescribed time period.

Judge Mummert's Report and Recommendation contains a very thorough analysis of the issues presented, the applicable law and the facts underlying Plaintiff's claim. Therefore, after careful consideration, the Court will adopt and sustain Judge Mummert's Report and Recommendation dated July 12, 2010. Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner is

affirmed and this matter is dismissed.

A separate judgment in accordance with this Opinion, Memorandum and Order is entered this same date.

Dated this 30th day of July, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE